IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:25mj-276 |
| | ) | The Hon. William E. Fitzpatrick |
| ANDRE WATSON, | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S WAIVER OF RIGHT TO TRIAL WITHIN 70 DAYS OF INFORMATION**

COMES NOW, Andre Watson, by counsel and files the attached waiver regarding his right to a speedy trial, pursuant to 18 U.S.C. § 3161 (c)(1). (*See* Exhibit 1). Mr. Watson requests the Court find that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,
ANDRE WATSON

_____/s/_____
By Counsel
Valencia D. Roberts
Assistant Federal Public Defender
Office of the Federal Public Defender
Eastern District of Virginia
1650 King Street, Suite 500
Alexandria, VA 22314
Telephone: 703-600-0870
Facsimile: 703-600-0880
Valencia_Roberts@fd.org.